# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW LEE STASZAK, | |
| Petitioner, | |
| v. | Civil No. 15-cv-20-JPG |
| UNITED STATES OF AMERICA, | Criminal No 12-cr-40064-JPG |
| Respondent. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Matthew Lee Staszak's second motion to be released on bond pending disposition of his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 65). The Court denied an earlier motion for bond, noting that bond is rarely granted in § 2255 proceedings, *see Cherek v. United States*, 767 F.2d 335, 337 (7th Cir. 1985), and that Staszak's claim of merely being confined unlawfully is not unusual for a § 2255 petitioner and ordinarily does not warrant bond. *See, e.g., Martin v. Solem*, 801 F.2d 324, 330 (8th Cir. 1986). While the Court is sympathetic to the declining health of his uncle, Staszak's second motion for bond points to no additional or exceptional circumstances that convince the Court to exercise its discretion to place him on bond. The Court therefore **DENIES** Staszak's motion for bond (Doc. 65).

**IT IS SO ORDERED.**
**DATED: January 5, 2018**

                                                   s/ J. Phil Gilbert
                                                   **J. PHIL GILBERT**
                                                   **DISTRICT JUDGE**