UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW LEE STASZAK,

   Petitioner,

      v.

UNITED STATES OF AMERICA,

   Respondent.

Civil No. 15-cv-20-JPG

Criminal No 12-cr-40064-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Matthew Lee Staszak's *pro se* motion to attend the February 13, 2018, hearing in civilian attire (Doc. 75). Staszak filed this motion *pro se*, although he is represented by attorney Terry M. Green. "[A] defendant who is represented by counsel relinquishes the right to file his own *pro se* submissions." *United States v. Khatib*, 606 F. App'x 845, 847 (7th Cir. 2015) (citing *United States v. Williams,* 495 F.3d 810, 813 (7th Cir. 2007)). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Staszak's *pro se* motion (Doc. 75) be **STRICKEN**.

**IT IS SO ORDERED.**
**DATED:  January 18, 2018**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**