UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW LEE STASZAK,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 15-cv-20-JPG

Criminal No 12-cr-40064-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on petitioner Matthew Lee Staszak's *pro se* motion to strike his former counsel's motion to withdraw (Doc. 76) and motion to amend his motion to strike his former counsel's motion to withdraw (Doc. 77). Staszak filed these motions *pro se*, although he is represented by attorney Terry M. Green. "[A] defendant who is represented by counsel relinquishes the right to file his own *pro se* submissions." *United States v. Khatib*, 606 F. App'x 845, 847 (7th Cir. 2015) (citing *United States v. Williams,* 495 F.3d 810, 813 (7th Cir. 2007)). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Staszak's *pro se* motions (Docs. 76 & 77) be **STRICKEN**.

    The Court further notes that this is not the first time Staszak has improperly filed *pro se* motions while represented by counsel. The Court **WARNS** Staszak that if he continues to make further *pro se* filings while he is represented by counsel, the Court will instruct the Clerk of Court to refuse to accept them for filing.

**IT IS SO ORDERED.**
**DATED: January 19, 2018**

                                  s/ J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**