UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW LEE STASZAK,

   Petitioner,

        v.                                  Civil No. 15-cv-20-JPG

UNITED STATES OF AMERICA,        Criminal No 12-cr-40064-JPG

   Respondent.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Government's request to redact a minor victim's name from the transcript of the part of an evidentiary hearing held on March 23, 2018 (Doc. 93). The Government requests replacement of the name with the minor victim's initials.

The Court **GRANTS** the request (Doc. 93), but **ORDERS** that the material requested to be redacted be blacked out, the policy in this Court, rather than replaced by initials. The Court further notes that the Government refers to the page numbers ECF has assigned to the particular page of the transcript, but it should have referred to the page number of the transcript, which is numbered continuously over the multiple days the hearing occurred. Therefore, the Court **ORDERS** redaction of the minor victims name in the following locations:

| **ECF Page and Line** | **Transcript Page and Line** |
|---|---|
| Page 53, line 11 | Page 141, line 11 |
| Page 57, line 9 | Page 145, line 9 |
| Page 66, line 12 | Page 154, line 12 |
| Page 74, line 21 | Page 162, line 21 |
| Page 117, line 25 | Page 205, line 25 |

If she finds them, the Court reporter may further redact additional occurrences of the minor victim's name in the transcript without further order of the Court. The Court **ORDERS** that the unredacted transcript shall be kept under seal and not made publicly available.

**IT IS SO ORDERED.**
**DATED:  April 25, 2018**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**