UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW LEE STASZAK, | |
| Petitioner, | |
| v. | Civil No. 15-cv-20-JPG |
| UNITED STATES OF AMERICA, | Criminal No 12-cr-40064-JPG |
| Respondent. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Matthew Lee Staszak's motion for an extension of time to file his post-hearing brief (Doc. 103). At the time the briefing was ordered, his counsel was unaware of the length of time that would be needed to prepare the transcript of the hearing. Additionally, his counsel has been unable to communicate adequately with him because he has been in transit on his way back to the institution to which the Bureau of Prisons has designated him. Staszak also asks the Court to order him returned to the Southern District of Illinois to facilitate communication with his counsel (Doc. 104).

After consulting with the United States Marshals Service, the Court has determined that Staszak has returned to his designated institution, the Federal Correctional Institution at Forrest City, Arkansas, and is therefore no longer in transit. Now that he has reached his long-term place of confinement, communication between him and his counsel should be easier to arrange and therefore more plentiful and predictable. The Court believes a generous extension of time to submit his post-hearing brief will overcome any barriers posed by Staszak's prior "in transit" status and his current incarceration distant from his counsel. Accordingly, the Court **DENIES** Staszak's motion for return to the Southern District of Illinois (Doc. 104) and **GRANTS** his motion for an extension of time to file his post-hearing brief (Doc. 103). Staszak shall have up to

and including July 27, 2018, to file his brief. The Government shall have up to and including August 24, 2018, to file a response brief.

**IT IS SO ORDERED.**
**DATED:   May 24, 2018**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**