UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW LEE STASZAK,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 15-cv-20-JPG

Criminal No 12-cr-40064-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Matthew Lee Staszak's *pro se* filing containing two affidavits (Doc. 119). Staszak made this filing *pro se*, although he is represented by attorney Terry M. Green. "[A] defendant who is represented by counsel relinquishes the right to file his own *pro se* submissions." *United States v. Khatib*, 606 F. App'x 845, 847 (7th Cir. 2015) (citing *United States v. Williams,* 495 F.3d 810, 813 (7th Cir. 2007)). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Staszak's *pro se* filing (Doc. 119) be **STRICKEN**.

The Court further notes that this is not the first time Staszak has improperly filed *pro se* motions while represented by counsel. In fact, on January 19, 2018, the Court warned Staszak that if he continued to make further *pro se* filings while he is represented by counsel, the Court would instruct the Clerk of Court to refuse to accept them for filing (Doc. 79). Nevertheless, Staszak has continued this practice. Therefore, as it warned it would do, the Court **DIRECTS** the Clerk of Court to return to Staszak unfiled any *pro se* motion he tenders in this case while he is represented by counsel, except for a notice of appeal.

**IT IS SO ORDERED.**
**DATED: February 8, 2019**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**