UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW LEE STASZAK,

    Petitioner,

        v.                                                              Civil No. 15-cv-20-JPG

UNITED STATES OF AMERICA,                          Criminal No 12-cr-40064-JPG

    Respondent.

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Matthew Lee Staszak's motion

to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is

entered in favor of respondent United States of America and against petitioner Matthew Lee Staszak,

and that this case is dismissed with prejudice.


**DATED: February 21, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**